USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/23/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLES DOHERTY,

                Plaintiff,

-against-

BRISTOL-MYERS SQUIBB CO. et al.,

                Defendants.

24-CV-06628 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

    For the reasons discussed during the conference on October 23, 2024, the request to consolidate the above-captioned case with *Noel v. Bristol-Myers Squibb Co. et al.*, No. 24-cv-06858, is GRANTED. The Clerk of Court is directed to consolidate the two cases under *Doherty v. Bristol-Myers Squibb Co. et al.*, No. 24-cv-06628.

    Plaintiffs are directed to file a consolidated complaint by **November 1, 2024**. Any motions to dismiss the consolidated complaint are due by **January 15, 2025**; any opposition briefs are due by **February 28, 2025**; and any reply briefs are due by **March 28, 2025**.

    All discovery is STAYED pending resolution of any motions to dismiss.

Dated: October 23, 2024
       New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge