IN THE UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLES DOHERTY and MICHAEL J. NOEL individually and as representatives on behalf of a class of similarly situated persons,<br><br>Plaintiffs<br><br>v.<br><br>BRISTOL-MYERS SQUIBB CO., BRISTOL- MYERS SQUIBB CO. PENSION COMMITTEE, BRISTOL-MYERS SQUIBB COMPENSATION AND MANAGEMENT DEVELOPMENT COMMITTEE, and STATE STREET GLOBAL ADVISORS TRUST CO.,<br><br>Defendants. | CASE NO. 1:24-cv-06628-MMG |

**MOTION FOR ADMISSSION**
***PRO HAC VICE* OF NORMAN P. STEIN**

Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern District of New York, I, Norman P. Stein, hereby move this Court for an Order for Admission to Practice *Pro Hac Vice* and appear as a counsel for *amicus curiae* Pension Rights Center in the above-captioned matter,

I am a member in good standing of the Bar of the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court. The declaration pursuant to Local Rule 1.3 is annexed hereto as Exhibit A.

A Certificate of Good Standing from the Bar of the District of Columbia is annexed hereto as Exhibit B. I have never been suspended, disbarred or denied admission or readmission by any court. A proposed Order for Admission *Pro Had Vice* is annexed hereto as Exhibit C.

Dated: March 31, 2025

Respectfully submitted,

Norman P. Stein
4542 NE 94th Street
Seattle, Washington 98115
(205) 410-0989
nps32@drexel.edu